■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH W. NEUER, Appellant. [957 NYS2d 261]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 15, 2010. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Fahey, Carni and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAD WELLINGTON, Appellant. [953 NYS2d 529]—Appeal from a judgment of the Herkimer County Court (Patrick L. Kirk, J.), rendered October 26, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree and criminal sale of a controlled substance in the fifth degree.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on June 28, 2012,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Scudder, P.J., Smith, Fahey, Carni and Valentino, JJ.